UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **RICHARD VASQUEZ,** § | |
| Petitioner § | |
| v. § | |
| § | Civ. No. CC-05-059 |
| **NATHANIEL QUARTERMAN,** § | |
| **Director, Texas Department of** § | |
| **Criminal Justice—Correctional** § | |
| **Institutions Division** § | |
| Respondent. § | |

## FINAL JUDGMENT

It is the judgment of the Court that respondent Quarterman's Motion for Summary Judgment is GRANTED and Richard Vasquez's petition for habeas corpus is DENIED.

This is a final judgment.

So ORDERED this 28th day of March, 2008.

_____
HAYDEN HEAD
CHIEF JUDGE